IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LAMAR JOHNSON,

    Petitioner,                      No. 2:09-cv-1988 EFB P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondent.                   <u>ORDER</u>

                                /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636.

On October 20, 2011, respondent filed a motion to dismiss. Dckt. No. 27. Petitioner failed to timely file an opposition. On January 12, 2012, the court informed petitioner of the requirements for filing an opposition to the pending motion, gave petitioner 21 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in this action being dismissed. Dckt. No. 29. Within the 21 day period, rather than filing an opposition or a statement of non-opposition, petitioner filed a second amended petition. Dckt.

1

No. 30. On May 18, 2012, the court informed petitioner that the amended petition failed to respond to the motion to dismiss and the court's January 12, 2012 order. Dckt. No. 31. Petitioner was given an additional 21 days to file an opposition or statement of non-opposition and again warned that failure to comply would result in this action being dismissed.

The second 21-day period has passed and petitioner has not filed an opposition or a statement of non-opposition. Petitioner has been warned that he must file a response to respondent's motion, been granted additional time in which to do so, but appears to have abandoned his case.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute and failure to obey court orders. *See* Fed. R. Civ. P. 41(b); Rule 12, Rules Governing Section 2254 Cases; Local Rule 110. The court declines to issue a certificate of appealability.

Dated: July 9, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE